**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-CR-04057-SRB-1 |
| | ) | |
| ERIC ANDRES ROLAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation recommending that Defendant Roland's Motion to Suppress be denied. After the Court granted leave to file objections out of time, Defendant Roland filed his objections to the Report and Recommendation on March 17, 2017, which the Court has now considered.

After an independent and careful review of the record, the applicable law, and the parties' arguments including but not limited to Defendant Roland's objections, the Court adopts Judge Whitworth's findings of fact and conclusions of law. Accordingly, the Court **ADOPTS** Judge Whitworth's Report and Recommendation (Doc. #54) and **DENIES** Defendant Roland's Motion to Suppress (Doc. #31). Judge Whitworth's Report and Recommendation shall be attached to and made part of this Order.

    **IT IS SO ORDERED.**


DATED: <u>March 20, 2017</u>                     /s/ Stephen R. Bough
                                         JUDGE STEPHEN R. BOUGH
                                         UNITED STATES DISTRICT COURT